IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ALBERTO VARON,<br>    Petitioner,<br><br>v.<br><br>BARACK H. OBAMA, President of the United States of America, JANET NAPOLITANO, Secretary of the Dept. of Homeland Security, et al.,<br>    Respondents. | §§§§§§§§§§    EP-12-CV-0227-DB |

## ORDER ON MOTION TO DISMISS

On this day came on to be considered Respondents' Motion to Dismiss in the above-styled and numbered cause, and the Court having considered the Motion, is of the opinion that it should be granted.

IT IS, THEREFORE, ORDERED that Respondents' Motion to Dismiss shall be, and is hereby granted in its entirety and that this cause be DISMISSED as moot, each party to bear their own costs.

SIGNED this 25th day of July, 2012.

DAVID BRIONES
SR. UNITED STATES DISTRICT JUDGE